# EXHIBIT A

# Panini UK Ltd.

| STOCK CODE | DESC-1 | VENDOR NO. | VENDOR NAME | CATEGORY | CATEGORY DESCRIPTION | SUM OF ON HAND QTY |
|---|---|---|---|---|---|---|
| STL158113 | DOCTOR WHO TP MISTRESS OF CHAO | 2082 | PANINI UK LTD | 4 | BOOKS - NOVELS/SF/HORROR | 991 |
| STL095227 | DOCTOR WHO TP PHANTOM PIPER (C | 2082 | PANINI UK LTD | 3 | BOOKS - GRAPHIC NOVELS | 831 |
| STL000389 | DOCTOR WHO TP EVENINGS EMPIRE | 2082 | PANINI UK LTD | 3 | BOOKS - GRAPHIC NOVELS | 736 |
| STL053389 | DOCTOR WHO TP DOORWAY TO HELL | 2082 | PANINI UK LTD | 3 | BOOKS - GRAPHIC NOVELS | 572 |
| STK473943 | DOCTOR WHO TP CHILD OF TIME (C | 2082 | PANINI UK LTD | 3 | BOOKS - GRAPHIC NOVELS | 562 |
| STK677239 | DOCTOR WHO ADVENTURES MAGAZINE | 2082 | PANINI UK LTD | 2 | MAGAZINES | 519 |
| STL116267 | DOCTOR WHO TP CLOCKWISE WAR (C | 2082 | PANINI UK LTD | 4 | BOOKS - NOVELS/SF/HORROR | 490 |
| STL081417 | DOCTOR WHO TP LAND OF THE BLIN | 2082 | PANINI UK LTD | 3 | BOOKS - GRAPHIC NOVELS | 403 |
| STL189780 | DOCTOR WHO TP AGE OF CHAOS (C: | 2082 | PANINI UK LTD | 3 | BOOKS - GRAPHIC NOVELS | 284 |
| STL011946 | DOCTOR WHO TP HIGHGATE HORROR | 2082 | PANINI UK LTD | 3 | BOOKS - GRAPHIC NOVELS | 255 |
| STL289416 | DOCTOR WHO TP LIBERATION OF DA | 2082 | PANINI UK LTD | 3 | BOOKS - GRAPHIC NOVELS | 223 |
| STL319663 | DOCTOR WHO RETURN OF THE DALEK | 2082 | PANINI UK LTD | 3 | BOOKS - GRAPHIC NOVELS | 205 |
| STL300341 | DOCTOR WHO TP THE WHITE DRAGON | 2082 | PANINI UK LTD | 3 | BOOKS - GRAPHIC NOVELS | 203 |
| STL138552 | DOCTOR WHO TP GROUND ZERO (C: | 2082 | PANINI UK LTD | 4 | BOOKS - NOVELS/SF/HORROR | 151 |
| STL255233 | DOCTOR WHO DALEKS ULT COMIC ST | 2082 | PANINI UK LTD | 3 | BOOKS - GRAPHIC NOVELS | 118 |
| STL327383 | DOCTOR WHO BLACK SUN RISING TP | 2082 | PANINI UK LTD | 3 | BOOKS - GRAPHIC NOVELS | 102 |
| STK520237 | DOCTOR WHO TP WIDOWS CURSE | 2082 | PANINI UK LTD | 3 | BOOKS - GRAPHIC NOVELS | 101 |
| STL350049 | DOCTOR WHO MONSTROUS BEAUTY TP | 2082 | PANINI UK LTD | 3 | BOOKS - GRAPHIC NOVELS | 99 |
| STK526287 | DOCTOR WHO TP NEMESIS OF DALEK | 2082 | PANINI UK LTD | 3 | BOOKS - GRAPHIC NOVELS | 59 |
| STL280693 | DOCTOR WHO CYBERMEN ULT COMIC | 2082 | PANINI UK LTD | 3 | BOOKS - GRAPHIC NOVELS | 57 |
| STK678550 | DOCTOR WHO ADVENTURES MAGAZINE | 2082 | PANINI UK LTD | 2 | MAGAZINES | 40 |
| STL241358 | DOCTOR WHO DALEKS ULT COMIC ST | 2082 | PANINI UK LTD | 4 | BOOKS - NOVELS/SF/HORROR | 15 |
| STK520231 | DOCTOR WHO TP BETROTHAL OF SON | 2082 | PANINI UK LTD | 3 | BOOKS - GRAPHIC NOVELS | 15 |
| STK520259 | (USE MAR094388) DOCTOR WHO TP | 2082 | PANINI UK LTD | 3 | BOOKS - GRAPHIC NOVELS | 3 |

56219242.1 09/08/2025